**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MARC SCHULTZ,<br>Individually and on behalf of all<br>others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>EMORY UNIVERSITY,<br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:20-CV-02661-MLB |

**EMORY UNIVERSITY'S CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Local Rule 3.3, Emory University ("Emory") submits this Certificate of Interested Persons and Corporate Disclosure Statement:

(1)    The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporate and any publicly held corporation that owns 10% or more of the stock of a party:

Emory is not a publicly traded corporation.

(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations

having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Balser, David L., Counsel for Emory

Chally, Jonathan R., Counsel for Emory

Coleman, Edward A., Counsel for Plaintiff

Foote, Elliott, Counsel for Emory

Francis, James A., Counsel for Plaintiff

Lee, Timothy H., Counsel for Emory

Nobles, Katherine Paige, Counsel for Emory

Sand, Jeffrey B., Counsel for Plaintiff

Saul, Lewis, Counsel for Plaintiff

Soumilas, John, Counsel for Plaintiff

Respectfully submitted this 8th day of July, 2020.

/s/ David L. Balser
David L. Balser
Ga. Bar No. 035835
Jonathan R. Chally
Ga. Bar No. 141392

Timothy H. Lee
Ga. Bar No. 365087
K. Paige Nobles
Ga. Bar No. 991228
Elliott Foote
Ga. Bar No. 562482
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, Georgia 30309
Tel: (404) 572-4600
dbalser@kslaw.com
jchally@kslaw.com
tlee@kslaw.com
pnobles@kslaw.com
efoote@kslaw.com

*Counsel for Emory University*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

This 8th day of July, 2020.

*/s/ David L. Balser*
David L. Balser